FILED: June 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4594
(3:23-cr-00071-RJC-DCK-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TYRELL WATTS

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file supplemental appendix, the court denies the motion without prejudice to filing a motion for leave to file an addendum/attachment to the brief in compliance with Local Rule 28(b).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk